■ JOSEPH WASHINGTON et al., Appellants, v BOBTWIN ASSOCIATES et al., Defendants and Third-Party Plaintiffs-Respondents. CERTIFIED BUILDING MAINTENANCE CORP., Third-Party Defendant-Respondent. [623 NYS2d 120] —Appeal by the plaintiffs, as limited by their brief, from stated portions of an order of the Supreme Court, Kings County (Shaw, J.), dated July 26, 1993.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Shaw at the Supreme

Court *(see, Robinson v New York City Tr. Auth.,* 203 AD2d 351, and the cases cited therein). Mangano, P. J., Sullivan, Balletta and Miller, JJ., concur.